IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Verna Jean Ross - #165744

No. C 13-80243 WHA

**ORDER OF SUSPENSION**

Because Verna Jean Ross has failed to respond to the order to show cause, Ms. Ross' membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   January 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE